**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SAMANTHA SCHREIBER,**

      **Plaintiff,**

**-vs-**                                                 **Case No. 6:09-cv-1994-Orl-22KRS**

**STF INVESTMENTS, LLC,**

      **Defendant.**

_____

## ORDER OF DISMISSAL

This case is before the Court upon periodic review.

The Plaintiff filed Return of Service (Doc. No. 8) indicating the Defendants STF Investments, LLC, was served a copy of the Summons and Complaint on January 11, 2010. The Defendants did not appear or respond within the time and in the manner provided by Rule 12, Federal Rules of Civil Procedure. Default was entered by the Clerk (Doc. 10) on February 4, 2010, upon motion by the Plaintiff in compliance with Rule 55(a), Fed.R.Civ.P., for such entry of default (Doc. 9). Plaintiff Samantha Schreiber has subsequently failed to apply for a default judgment in accordance with Rule 55(b), Fed.R.Civ.P.

Middle District of Florida Local Rule 1.07(b) states that upon failure to comply with the above rules, the case shall be subject to dismissal sixty (60) days after such service without notice and without prejudice; provided, however, such time may be extended by order of the Court on reasonable application with good cause shown.

Therefore, it is **ORDERED** that this case is hereby dismissed without prejudice for failure to prosecute. The Clerk is directed to close this case.

**DONE** and **ORDERED** at Orlando, Florida, on April 7, 2010.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties